An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

EDRIS GHANI,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND LEE A. GATES,
DISTRICT JUDGE,
Respondents,
   and
THE STATE OF NEVADA,
Real Party in Interest.

No. 61334

FILED

JUN 1 2 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### *ORDER DENYING PETITION*

This is an original petition for a writ of mandamus and/or prohibition. Petitioner argues that the district court abused its discretion by striking a supplemental order granting the petitioner's motion to disqualify the Clark County District Attorney's Office.

The original order granting the motion to disqualify was at issue in *State v. Eighth Judicial District Court (Ghani)*, Docket No. 61021 (Order Granting Petition, March 22, 2013). This court granted the petition for a writ of mandamus in that case and determined that the district court abused its discretion in granting the motion to disqualify. Because the substance of the supplemental order granting the motion to

disqualify was dealt with by this court in Docket No. 61021, we deny this petition as moot.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:  Hon. Lee A. Gates, District Judge
     Gabriel L. Grasso, P.C.
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk